■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BENJAMIN MORRIS, Appellant. [631 NYS2d 684] —Judgment, Supreme Court, New York County (Frederic Berman, J.), rendered July 7, 1992, convicting him, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of $4^1/_2$ to 9 years, unanimously affirmed.

Viewing the evidence in a light most favorable to the People and giving them the benefit of every reasonable inference (*People v Malizia*, 62 NY2d 755, *cert denied* 469 US 932), we find that defendant's guilt as an accomplice in selling cocaine was proven beyond a reasonable doubt, as he steered the undercover directly to the codefendant and a third person a short distance away, and instructed the codefendant to "give [the undercover] one," (*see, People v Kearse*, 215 AD2d 104, *lv denied* 86 NY2d 797; *People v McDermott*, 192 AD2d 415, *lv denied* 81 NY2d 1076). Such involvement is inconsistent with the agency defense and went "beyond being a mere extension

of the buyer" (*People v Tention*, 162 AD2d 355, 356, *lv denied* 76 NY2d 991). Moreover, upon an independent review of the facts, the verdict was not against the weight of the evidence (*People v Bleakley*, 69 NY2d 490). Concur—Rosenberger, J. P., Rubin, Asch, Williams and Mazzarelli, JJ.